### KLEIN v. EAST RIVER ELECTRIC LIGHT CO. et al.

(City Court of New York, General Term. October 29, 1900.)

APPEAL—MOTION TO DISMISS COMPLAINT—WAIVER.
    Where the defendant fails at the close of plaintiff's evidence to move to dismiss for the plaintiff's failure to prove ownership of the property involved in the action, such objection is waived, and cannot be raised thereafter.

Appeal from trial term.

Action by Frederick Klein against the East River Electric Light Company and another. From a judgment in favor of plaintiff, defendants appeal. Affirmed.

Argued before FITZSIMONS, C. J., and HASCALL, J.

Beardley & Hemmens, for appellants.
Dittenhoefer, Gerber & James, for respondent.

HASCALL, J. This appeal only brings up for review a question of law. Both sides at the trial moved for direction of a verdict in plaintiff's favor. No motion for dismissal of complaint was made by defendants when plaintiff rested, as might properly have been done, so their point that plaintiff had not proven ownership is not well taken; the right to so object having been waived by their silence. We think that, under the authorities cited (Cromwell v. Sac Co., 96 U. S. 51, 24 L. Ed. 681; City of Aurora v. West, 7 Wall.

82, 19 L. Ed. 42; Bank v. Milliman, 31 Misc. Rep. 87, 65 N. Y. Supp. 242), the ruling of the trial justice was correct.

Judgment affirmed, with costs.

FITZSIMONS, C. J., concurs.

Judgment affirmed, with costs. All concur.